# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KARL W. SCHENKER.,

|                          |                                      |
|--------------------------|--------------------------------------|
| Plaintiff,               | Case No.: 2:26-cv-01667-GMN-EJY      |
| vs.                      | **ORDER**                            |
| CHARLES REEDER, *et al.*,|                                      |
| Defendants.              |                                      |

Pending before the Court is Plaintiff Karl W. Shenker's Motion to Voluntarily Dismiss, (ECF No. 6). The Court construes Plaintiff's Motion to Voluntarily Dismiss as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(i). "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotations and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078. No Defendant has been served in this action.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is kindly directed to terminate all pending motions and close this case.

Dated this __10__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1